Lindsey Wagner, Esq. (CBN 309808)
Lindsey Wagner, Esq.
lwagner@scottwagnerlaw.com
**Scott Wagner and Associates, P.A.**
Jupiter Gardens
250 South Central Boulevard, Suite 104
Jupiter, FL 33458
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
**California Office:**
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (213) 377-5200

ROBERT J. FEDOR (OH# 0042653)
**ROBERT J. FEDOR, ESQ., LLC**
*Will be filing pro hac vice application*
23550 Center Ridge Road, Suite 107
Westlake, Ohio 44145
(440) 250-9709 (t)
(440) 250-9714 (f)
rjfedor@fedortax.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,                )<br>                                                       )<br>         Plaintiff,                                )<br>                                                       )<br>     v.                                               )<br>                                                       )<br> Robert Goldsmith,                        )<br>                                                       )<br>         Defendant.                          )<br>_____) | Case No. 3:20-cv-00087-BEN-KSC<br><br>**ANSWER TO AMENDED COMPLAINT TO REDUCE CIVIL PENALTY ASSESSMENTS TO JUDGMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Now comes Defendant Robert Goldsmith ("Defendant"), by and through

1

undersigned counsel, for his answer and response to Plaintiff United States of America's ("Plaintiff") *Amended Complaint to Reduce Civil Penalty Assessments to Judgment* (Doc. No. 3), and hereby admits, denies, and alleges as follows:

1. Defendant denies for lack of knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 1 of Plaintiff's Amended Complaint.

2. Defendant denies for lack of knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 of Plaintiff's Amended Complaint.

### DEFENDANT

3. Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Amended Complaint.

### JURISDICTION AND VENUE

4. Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Amended Complaint.

5. Defendant admits the allegations contained in Paragraph 5 of Plaintiff's Amended Complaint.

### FOREIGN BANK OR OTHER FINANCIAL ACCOUNTS

6. Defendant admits the allegations contained in Paragraph 6 of Plaintiff's Amended Complaint.

7. Defendant admits the allegations contained in Paragraph 7 of Plaintiff's Amended Complaint.

8. Defendant admits the allegations contained in Paragraph 8 of Plaintiff's Amended Complaint.

*Basler Kantonalbank Account*

9. Defendant admits the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint.

10. Defendant admits the allegations contained in Paragraph 10 of Plaintiff's Amended Complaint.

11. Defendant admits the allegations contained in Paragraph 11 of Plaintiff's

1  Amended Complaint.

2      12.    Defendant denies that he "managed the Basler Account." Defendant admits the remaining allegations contained in Paragraph 12 of Plaintiff's Amended Complaint.

    13.    Defendant denies that he "managed the Basler Account through telephone calls and other correspondence." Defendant admits the remaining allegations contained in Paragraph 13 of Plaintiff's Amended Complaint.

### *Defendant Misleads His Accountant Regarding the Basler Account*

    14.    Defendant admits the allegations contained in Paragraph 14 of Plaintiff's Amended Complaint.

    15.    Defendant denies that he "and his wife were involved in the preparation of their returns" and that he "personally discussed their answers to the questionnaire … with Mr. Zipser." Defendant admits the remaining allegations contained in Paragraph 15 of Plaintiff's Amended Complaint.

    16.    Defendant admits the allegations contained in Paragraph 16 of Plaintiff's Amended Complaint.

    17.    Defendant denies for lack of knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17 of Plaintiff's Amended Complaint.

    18.    Defendant admits the allegations contained in Paragraph 18 of Plaintiff's Amended Complaint.

    19.    Defendant denies for lack of knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19 of Plaintiff's Amended Complaint.

    20.    Defendant admits the allegations contained in Paragraph 20 of Plaintiff's Amended Complaint.

    21.    Defendant denies for lack of knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21 of Plaintiff's Amended Complaint.

    22.    Defendant denies that "he continued to conceal the significantly larger Basler Account from Mr. Zipser and the IRS." Defendant denies for lack of knowledge or information sufficient to form a belief about the truth of the remaining allegations in

Paragraph 22 of Plaintiff's Amended Complaint.

*Willful Failure to File FBARs*

23. Defendant denies that he "willful[ly] fail[ed] to file FBARs for the years at issue." Defendant admits the remaining allegations contained in Paragraph 23 of Plaintiff's Amended Complaint.

24. Defendant admits the allegations contained in Paragraph 24 of Plaintiff's Amended Complaint.

25. Defendant admits the allegations contained in Paragraph 25 of Plaintiff's Amended Complaint.

26. Defendant admits the allegations contained in Paragraph 26 of Plaintiff's Amended Complaint.

27. Defendant admits the allegations contained in Paragraph 27 of Plaintiff's Amended Complaint.

28. Defendant admits the allegations contained in Paragraph 28 of Plaintiff's Amended Complaint.

## CLAIM FOR RELIEF: JUDGMENT FOR CIVIL PENALTIES
## (31 U.S.C. § 5321(a)(5))

*Liability for the Civil Penalty*

29. Defendant admits the allegations contained in Paragraph 29 of Plaintiff's Amended Complaint.

30. Defendant admits the allegations contained in Paragraph 30 of Plaintiff's Amended Complaint.

31. Defendant admits the allegations contained in Paragraph 31 of Plaintiff's Amended Complaint.

32. Defendant admits the allegations contained in Paragraph 32 of Plaintiff's Amended Complaint.

33. Defendant admits the allegations contained in Paragraph 33 of Plaintiff's Amended Complaint.

34. Defendant denies the allegations contained in Paragraph 34 of Plaintiff's Amended Complaint.

*Assessment and Collection of the Civil Penalty*

35. Defendant denies the allegations contained in Paragraph 35 of Plaintiff's Amended Complaint.

36. Defendant denies the allegations contained in Paragraph 36 of Plaintiff's Amended Complaint.

37. Defendant denies the allegations contained in Paragraph 37 of Plaintiff's Amended Complaint.

38. Defendant denies the allegations contained in Paragraph 38 of Plaintiff's Amended Complaint.

39. Defendant denies that the "delegate of the Secretary of the Treasury timely assessed civil penalties against Defendant." Defendant admits the remaining allegations contained in Paragraph 39 of Plaintiff's Amended Complaint.

40. Defendant denies the allegations contained in Paragraph 40 of Plaintiff's Amended Complaint.

41. Defendant denies for lack of knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41 of Plaintiff's Amended Complaint.

42. Defendant denies for lack of knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42 of Plaintiff's Amended Complaint.

43. Defendant denies the allegations contained in Paragraph 43 of Plaintiff's Amended Complaint.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's Amended Complaint fails to state a claim in which its entitled to relief.
2. Plaintiff's claims are barred, in whole or in part, by the statute of limitations.
3. Plaintiff's claims are barred, in whole or in part, by Eighth Amendment to the

   U.S. Constitution.

 4. Plaintiff's claims are barred, in whole or in part, by the applicable federal regulations.

DATED this 16th day of March 2020.

Respectfully submitted.

        <u>s/Lindsey Wagner</u>
        Lindsey Wagner, Esq.
        California Bar No. 309808
        Lindsey Wagner, Esq.
        lwagner@scottwagnerlaw.com
        **Scott Wagner and Associates, P.A.**
        **Main Office:**
         Jupiter Gardens
         250 South Central Boulevard, Suite 104
         Jupiter, FL 33458
         Telephone: (561) 653-0008
         Facsimile: (561) 653-0020
        **California Office:**
         3500 W. Olive Avenue, Suite 300
         Burbank, CA 91505
         Telephone: (213)377-5200
         Facsimile: (561) 653-0020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2020, I electronically filed the foregoing document using CM/ECF system and a copy is being served on those on the Service List.

s/Lindsey Wagner
Lindsey Wagner, Esq.
California Bar No. 309808

## SERVICE LIST

James J. Petrila
555 4th Street NW
Washington, DC 20001
202-307-6648
Email: james.petrila@usdoj.gov

Nithya Senra
United States Department of Justice
Tax Division
P.O. Box 683
Washington, DC 20044
(202) 307-6570
Fax: (202) 307-0054
Email: nithya.senra@usdoj.gov