UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT GOLDSMITH,<br><br>　　　　　　　　　Defendant. | Case No.:   20cv87-BEN(KSC)<br><br>**ORDER RE THE PARTIES' JOINT MOTION TO AMEND THE SCHEDULING ORDER**<br><br>**[Doc. No. 15.]** |

Before the Court is the parties' Joint Motion to Amend the Scheduling Order. [Doc. No. 15.] In the Joint Motion, the parties seek a 6-month continuance of the deadline for completing fact discovery, and a 6-month continuance of all other dates and deadlines in the operative Scheduling Order, including the final Pre-Trial Conference, which is currently scheduled for June 7, 2021. [Doc. No. 14]. The Scheduling Order sets September 11, 2020 as the deadline for completing all fact discovery in the case, and the parties want to extend this deadline until February 12, 2021. [Doc. No. 14, at p. 21.]

The parties' Joint Motion includes two reasons for their request for a lengthy continuance of all dates and deadlines in the Scheduling Order. First, defendant responded to plaintiff's written discovery requests on July 24, 2002, but defendant claims he is unable to produce responsive documents to plaintiff, because the documents are located at his residence in San Diego, and he is in Hawaii. Defendant claims he is unable to return to his residence in San Diego from Hawaii to produce the documents "due to the coronavirus

1

pandemic." [Doc. No. 15, at p. 2.] Plaintiff believes it will be prejudiced if depositions must be completed without the documents. [Doc. No. 15, at p. 2.] Contrary to defendant's contention, the Court is not aware of any current travel restrictions between San Diego and Hawaii because of the pandemic. Without more, it is this Court's view that defendant must either travel to his residence in San Diego or obtain assistance in accessing the documents at his San Diego residence, so that all responsive documents can be produced to plaintiff in a timely manner.

The second reason for the parties' request to continue all dates and deadlines in the Scheduling Order for six months is that plaintiff is awaiting production of documents from Basler Kantonalbank through its counsel in the United States. Without more, it is unclear when these documents were requested, why they have not yet been produced, or when production can be expected.

Based on the limited information presented, the Court cannot conclude there is good cause for a lengthy six-month extension of all dates and deadlines in the operative Scheduling Order. The case is not complex, and there is no reason to believe that all responsive documents cannot be produced by plaintiff and Basler Kantonalbank ***within the next 30 days***. Another 30 days thereafter should be enough to complete depositions. Accordingly, the deadline for completing all fact discovery is extended from September 11, 2020 to ***November 13, 2020***. All other terms, conditions, dates, and deadlines in the current Scheduling Order [Doc. No. 14] remain the same.

**IT IS SO ORDERED.**

Dated: August 27, 2020

Hon. Karen S. Crawford
United States Magistrate Judge