UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT GOLDSMITH,<br><br>   Defendant. | Case No.:  20cv87-BEN(KSC)<br><br>**ORDER MODIFYING MANDATORY SETTLEMENT CONFERENCE TO BE TELEPHONIC AND ISSUING UPDATED PROCEDURES** |

A Mandatory Settlement Conference (MSC) has been scheduled in this matter for *<u>January 14, 2021</u>*. The Amended Scheduling Order setting the MSC requires the personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation; however, due to the COVID-19 public emergency the Court **MODIFIES** the MSC to be **telephonic** for all attendees. To facilitate this modification, the Court hereby **ORDERS** as follows:

   1.   Counsel and party representatives **with full settlement authority** for each party must be **immediately available by telephone** between the hours of *<u>2:00 p.m. to 5:00 p.m.</u>* on *<u>January 14, 2021</u>*.[1] All participants shall be prepared to devote their full

---

[1]   Pursuant to Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, all parties (including those who are indemnified by

1

attention to this proceeding as if they were attending in person, *e.g.*, attendees cannot be driving while speaking to the Court.

2. On ***January 14, 2021*** at ***2:00 p.m.*** counsel and party representatives must call the Court's teleconference line at 1-877-873-8017, enter the access code 2924630 and press "*" when prompted for a security code. The Court will initially confer jointly with counsel and the parties. Immediately following the joint discussion, the Court will initiate separate, confidential calls with plaintiff and defendant, respectively. To this end, each party must provide the Court with a single phone number to use to initiate these calls. The telephone number provided for a party must be one the Court can use to reach both counsel and the party representative(s), who must be already conferenced on one line and ready to engage in settlement discussions. ***As soon as possible, counsel must e-mail the Court at efile_crawford@casd.uscourts.gov to provide a preferred phone number for the separate, confidential MSC discussions, and any other necessary call-in information for the Court (i.e., conference line passcodes).***

3. The parties are directed to limit confidential MSC statements to ***5 pages or less*** (*20 pages or less, including exhibits)*. Confidential MSC statements must be sent to efile_crawford@casd.uscourts.gov by the deadline previously set in the Court's Amended Scheduling Order [Doc. No. 14].

---

others), claims adjusters for insured Defendants and non-lawyer representatives with full and unlimited authority to enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case. Corporate counsel shall not appear on behalf of a corporation as the party representative who has the authority to negotiate and enter into a settlement. Failure to attend or obtain a proper excusal will be considered grounds for sanctions.

6. All dates, deadlines, procedures, and requirements set forth in the Court's Scheduling Order remain in place, except as explicitly modified by this order.

**IT IS SO ORDERED.**

Dated: January 12, 2021

Hon. Karen S. Crawford
United States Magistrate Judge