

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

United States of America

**Plaintiff,**

V.

Robert Goldsmith

**Defendant.**

Civil Action No. 20-cv-00087-BEN-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment in favor of Plaintiff, the United States of America, in the amount of $309,453.48, consisting of (1) $273,846.00 in penalties authorized by 31 U.S.C. § 5321(a)(5)(C)-(D) for willful violations of Mr. Goldsmith's obligation to report foreign accounts during the 2008, 2009, and 2010 tax years; (2) $30,520.70 in late payment penalties authorized by 31 U.S.C. § 3717(e)(2); and (3) $5,086.78 for pre-judgment interest authorized by 31 U.S.C. § 3717(a)-(d). Plaintiff shall also recover post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of judgment until the judgment is paid in full. 28 U.S.C. § 1961(a).

Date: 5/26/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy