DAVID A. HUBBERT
Acting Assistant Attorney General
JAMES PETRILA
NITHYA SENRA (CA SBN 291803)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-307-6648 (Petrila)
202-307-6570 (Senra)
202-307-0054 (f)
James.Petrila@usdoj.gov
Nithya.Senra@usdoj.gov
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No. 3:20-cv-00087-BEN-KSC |
|---|---|
| Plaintiff, | **UNITED STATES' NOTICE OF MOTION AND MOTION TO AMEND JUDGMENT** |
| v. | |
| Robert Goldsmith, | Date:       July 26, 2021<br>Time:       10:30am<br>Courtroom: 5A<br>Judge:      Hon. Roger T. Benitez |
| Defendant. | |

PLEASE TAKE NOTICE THAT on July 26, 2021, at 10:30 a.m., before the Honorable Roger T. Benitez, Plaintiff will and hereby does move the Court for an Order amending the judgment entered on May 26, 2021 (ECF No. 28) in the above captioned case.

This Motion seeking to Amend Judgment is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, on the files, records, and proceedings in this action, and on any further evidence and argument that the Court may receive at or before the hearing on this Motion. The Notice of Motion and Motion is filed pursuant to the Federal Rules of Civil Procedure, and Local Rule 7.1.

Dated: June 23, 2021.

          DAVID A. HUBBERT
          Acting Assistant Attorney General

          */s/ James Petrila*
          JAMES PETRILA
          NITHYA SENRA
          Trial Attorneys, Tax Division
          U.S. Department of Justice

          *Attorneys for the United States of America*