ROBERT J. FEDOR (*admitted pro hac vice*)
rjfedor@fedortax.com
ROBERT J. FEDOR ESQ., LLC
23550 Center Ridge Road, Suite 107
Cleveland, Ohio  44145
Telephone:   (440) 250-9709
Facsimile:    (440) 250-9714

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT GOLDSMITH,<br><br>　　　　　　Defendant. | Case No. ~~3:20-cv-020087-BEN-KSC~~<br>　　　　3:20-cv-00087-BEN-KSC<br>　　　　(AKR, deputy clerk)<br>**NOTICE OF APPEAL**<br><br>Assigned to Judge Roger T. Benitez |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　　Notice is hereby given that Robert Goldsmith hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Plaintiff's Motion for Summary Judgment (Doc. No. 27) entered on May 25, 2021; and Judgment in a Civil Case (Doc. No. 28) entered on May 26, 2021.

DATED:  July 26, 2021　　　　　　　　　　ROBERT J. FEDOR, ESQ., LLC
　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　*/s/ Robert J. Fedor*
　　　　　　　　　　　　　　　　　　　　ROBERT J. FEDOR, ESQ., LLC
　　　　　　　　　　　　　　　　　　　　Robert J. Fedor (OH #0042653)
　　　　　　　　　　　　　　　　　　　　(*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　23550 Center Ridge Road, Suite 107
　　　　　　　　　　　　　　　　　　　　Westlake, Ohio 44145
　　　　　　　　　　　　　　　　　　　　Tel:　(440) 250-9709
　　　　　　　　　　　　　　　　　　　　Fax:　(440) 250-9714
　　　　　　　　　　　　　　　　　　　　rjfedor@fedortax.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2021, a true and correct copy of the foregoing **NOTICE OF APPEAL** was filed with the Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system.

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

By:  */s/ Robert J. Fedor* _____
     Robert J. Fedor