DAVID A. HUBBERT
Acting Assistant Attorney General
JAMES PETRILA
NITHYA SENRA (CA SBN 291803)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-307-6648 (Petrila)
202-307-6570 (Senra)
202-307-0054 (f)
James.Petrila@usdoj.gov
Nithya.Senra@usdoj.gov
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Robert Goldsmith,<br><br>　　　　Defendant. | Case No. 3:20-cv-00087-BEN-KSC<br><br>**UNITED STATES' NOTICE OF APPEAL**<br><br>**Assigned to Judge Roger T. Benitez** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD PLEASE TAKE NOTICE THAT:

The United States hereby cross-appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Plaintiff's Motion for Summary Judgment (ECF No. 27) entered on May 25, 2021, and the Judgment in a Civil Case (ECF No. 28) entered on May 26, 2021, and appeals the Order Denying the Government's Motion to Amend the Judgment (ECF No. 35) entered on September 21, 2021.

//

//

Dated: November 19, 2021.

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ James Petrila*
JAMES PETRILA
NITHYA SENRA
Trial Attorneys, Tax Division
U.S. Department of Justice

*Attorneys for the United States of America*